**DENIED; Opinion Filed August 21, 2013.**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-13-01087-CV**

**IN RE GREGORY RAY PERRY, Relator**

**Original Proceeding from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F99-37205-Q**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice Myers

Relator contends that his conviction was void because the trial court violated the Speedy Trial Act in that he was not brought to trial within the statutorily required time. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Simon v. Levario*, 306 S.W.3d 318, 320-21 (Tex. Crim. App. 2009) (orig. proceeding); *State of Tex. ex rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927 (Tex. Crim. App. 2001) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

131087F.P05

/Lana Myers/
LANA MYERS
JUSTICE